# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) | Main Case 1:18-md-2820-SNLJ  Indiv. Case 1:18-cv-21-SNLJ |
|---|---|---|

## MEMORANDUM AND ORDER

In accordance with the Memorandum and Order entered today, IT IS HEREBY ORDERED that this matter is REMANDED to the Circuit Court of Mississippi County, Missouri.

So ordered this __31st__ day of May 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE