UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **IN RE: DICAMBA HERBICIDES** | **MDL No. 2820** |
| **LITIGATION** | **Master Case No. 1:18-md-02820-SNLJ** |
| B&L Farms Partnership | 4:17-cv-02418-SNLJ |
| Bruce Farms Partnership | 1:18-cv-00026-SNLJ |
| Whitehead Farms | 1:18-cv-00025-SNLJ |
| Smokey Alley Farm Partnership | 4:17-cv-02031-SNLJ |

## MOTION TO WITHDRAW AS COUNSEL

Sarah E. DeLoach respectfully requests that the Court permit her to withdraw as counsel of record for BASF Corporation and BASF Plant Science LP in the above-referenced individual actions in which she has entered an appearance as counsel. Sarah E. DeLoach is leaving the firm Quattlebaum, Grooms & Tull PLLC and will have no further involvement in the above-referenced individual actions. BASF Corporation and BASF Plant Science LP will continue to be represented by counsel of record John P. Mandler of the firm Faegre Baker Daniels LLP and John E. Tull III and E. B. Chiles IV of the firm Quattlebaum, Grooms & Tull PLLC.

> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> (501) 379-1700 (Telephone)
> (501) 379-1701 (Facsimile)
> jtull@qgtlaw.com
> cchiles@qgtlaw.com
> sdeloach@qgtlaw.com
>
> By:      /s/ Sarah E. DeLoach
>     John E. Tull III (Ark. Bar No. 84150)
>     E. B. Chiles IV (Ark. Bar No. 96179)
>     Sarah E. DeLoach (Ark. Bar No. 2015235)
>
> *Attorneys for Defendant BASF Corporation*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 22, 2018, a true and correct copy of the foregoing was filed electronically via the ECF/CM system with the Clerk of Court, which will send notification of such filing via electronic mail upon all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                              /s/ Sarah E. DeLoach
                              Sarah E. DeLoach