UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| IN RE DICAMBA HERBICIDES LITIGATION | MDL No. 2820 |
| **This Document Relates To:** | |
| JED CLAASSEN, Individually and as Representative of CLAASSEN FARMS; CLAASSEN FARMS, | Case No. 18-cv-28 |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, et al., | |
| Defendants. | |

### NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF

TO:          Cody Claassen
DEVAUGHN JAMES INJURY LAWYERS
3241 N. Toben Street
Wichita, KS 67226
Counsel for Plaintiff

DEPONENT:      Jed Claassen

DATE AND TIME:      February 12, 2019 at 9:00 a.m.

LOCATION:      DeVaughn James Injury Lawyers
3241 N. Toben Street
Wichita, KS 67226

    PLEASE TAKE NOTICE that Defendant, Monsanto Company shall take the deposition of Plaintiff, Jed Claassen pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure on February 12, 2019 at 9:00 a.m. at DeVaughn James, 3241 N. Toben Street, Wichita, KS 67226 and continuing from day to day until complete. The deposition will be by oral examination, recorded by stenographic and videographic means, and shall be taken before an officer authorized to administer oaths. You are invited to attend and participate.

Respectfully submitted,

**THOMPSON COBURN LLP**

By: */s/ Kimberly M. Bousquet*
    Jeffrey A. Masson, #60244MO
    Daniel C. Cox, #38902MO
    Christopher M. Hohn, #44124MO
    Jan Paul Miller, #58112MO
    Kimberly M. Bousquet, #56829MO
    One US Bank Plaza
    St. Louis, Missouri 63101
    Telephone: (314) 552-6000
    Fax: (314) 552-7000
    jmasson@thompsoncoburn.com
    dcox@thompsoncoburn.com
    chohn@thompsoncoburn.com
    jmiller@thompsoncoburn.com
    kbousquet@thompsoncoburn.com

    A. Elizabeth Blackwell, # 50270MO
    BRYAN CAVE
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, Missouri 63102
    Telephone: (314) 259-2000
    Fax: (314) 259-2020
    Liz.Blackwell@bryancave.com

    John J. Rosenthal
    WINSTON & STRAWN LLP
    1700 K Street, N.W.
    Washington, DC 20006-3817
    Telephone: (202) 282-5000
    Fax: (202) 282-5100
    jrosenthal@winston.com

    ***Attorneys for Defendant Monsanto Company***

- 3 -

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 29, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF system on all counsel of record.

                    */s/ Kimberly M. Bousquet*