# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) | MDL No. 2820 |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiffs' motion for an extension of time regarding the deadlines for class certification briefing and briefing on plaintiffs' pending motion for leave to amend the Master Complaint [#530]. Defendant Monsanto Company consents and joins in plaintiffs' motion. The current deadline for that briefing is March 16, 2020. Plaintiffs, with Monsanto's consent, seek to extend the deadline to mid-April 2020, corresponding with a date on which the Court can hold a status conference to address scheduling.

BASF opposes the request for an extension. BASF argues that the deadline has been extended for nearly a year already, and it further objects because the close of discovery is linked to date on which the Court rules on class certification.

The Court observes that the plaintiffs and Monsanto propose a status conference in mid-April, at which all remaining deadlines—including the close of discovery—would be set, and the parties would meet and confer on proposed deadlines before the conference. Plaintiffs request a relatively short extension. Any prejudice to any party will be minimal, if at all.

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion to extend deadlines (#530) is GRANTED.

IT IS FURTHER ORDERED that the deadline for moving for class certification and for filing further briefing on the plaintiffs' pending motion to amend the Master Complaint is extended to April 16, 2020.

IT IS FURTHER ORDERED that the Court will hold a status conference on April 16, 2020, at 1:00 p.m., and the parties shall meet and confer and file a proposed revised scheduling order by April 13, 2020.

Dated this 13th day of March, 2020.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE