# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) | MDL No. 2820 |

## MEMORANDUM and ORDER

Conference call held today with Court and lead counsel participating. In-court status conference set for Tuesday, June 2, 2020, 11:00am, in Cape Girardeau. Parties shall file a proposed scheduling order by May 29, 2020. All other deadlines suspended until June 2.

So ordered this 1st day of May, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE