## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

IN RE: DICAMBA HERBICIDES        )          MDL No. 2820
LITIGATION                                           )

## MEMORANDUM and ORDER

      Conference call held today with Court and lead counsel participating.  Telephonic status conference for lead counsel only set for Tuesday, June 16, 2020, 10:30am. Parties shall file a proposed scheduling order on June 16, 2020.  Telephonic scheduling conference for lead counsel only set for Friday, June 19, 2020, at 10:30am.  The Court will initiate the call for both telephonic conferences.

      So ordered this 2nd day of June, 2020.

                                                                               _____
                                                                               STEPHEN N. LIMBAUGH, JR.
                                                                               UNITED STATES DISTRICT JUDGE