# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) MDL No. 1:18-md-2820 SNLJ ) ALL CASES ) |

## NOTICE OF WITHDRAWAL OF SPEER LAW FIRM, P.A.

Comes Now, Janice E. Stanton as Trustee for Speer Law Firm, P.A. to advise this Court of the withdrawal of Speer Law Firm, P.A. as counsel for various plaintiffs in this litigation. In support of this Notice I submit the following information:

1. Attorney Charles F. Speer, the sole attorney with Speer Law Firm, P.A. ("Firm"), died on April 11, 2021.

2. I was appointed as Trustee for the Firm by Jackson County Circuit Court on May 13, 2021.

3. I oversaw the transfer of the Firm's clients that were a part of this litigation to other counsel.

4. The Firm has no other business before this Court in this litigation.

WHEREFORE, Speer Law Firm, P.A. hereby withdraws as counsel for Plaintiffs in this litigation.

Dated: June 11, 2021                     **STANTON & REDLINGSHAFER, L.L.C.**

By    /s/ Janice E. Stanton
Janice E. Stanton (MO 34055)
STANTON & REDLINGSHAFER, L.L.C.
104 W. 9th Street, Suite 303
Kansas City, MO 64105
Phone: (816) 421-7770
Fax: (816) 421-7773
jstanton@sr-lawfirm.com
**Trustee for Speer Law Firm, P.A.**