# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| COY'S HONEY FARM, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> BAYER CORPORATION; BAYER ) <br> U.S., LLC; BAYER CROPSCIENCE ) <br> (ARKANSAS) INC.; BASF ) <br> CORPORATION; and BASF ) <br> AGRICULTURAL SOLUTIONS SEED ) <br> US LLC, ) <br> ) <br> **Defendants.** ) | MDL No. 1:18-md-02820-SNLJ <br><br> Indiv. Case No. 3:21-cv-00104-KGB |

## MOTION FOR CONFIRMATION OF STAY
## OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS

COME NOW Defendants Bayer Corporation; Bayer U.S., LLC; Bayer Cropscience (Arkansas) Inc.; BASF Corporation; and BASF Agricultural Solutions Seed US LLC [collectively "Defendants'], and for their Motion for Confirmation of Stay, or in the Alternative, To Stay Proceedings, state as follows:

1. This lawsuit was filed on May 25, 2021, in the United States District Court for the Eastern District of Arkansas, Northern Division. (JPML Dkt. 160-1, Complaint).

2. On May 28, 2021, this lawsuit was tagged for transfer to this MDL. (JPML Dkt. 160, Notice of Tag-Along Action).

3. The JPML entered a Conditional Transfer Order for this lawsuit on June 2, 2021. (JPML Dkt. 161, Conditional Transfer Order).

4.     In its Order allowing consolidated master complaints, this Court stated that "[a]ny plaintiff whose case is transferred into this MDL shall file [a Notice to Conform] . . . within 30 days of transfer into this MDL." In that same Order, the Court also stated that the action of any plaintiff who is not named in any master complaint(s) and who elects not to file a Notice to Conform "will be stayed, including the requirement for defendants to file any responsive pleading or motion." (Dkt. 46, Order Allowing Consolidated Master Complaints) (the "May 8, 2018 Order).

5.     This Court also entered an Order stating that "all existing deadlines are stayed" and that the parties would have another telephonic status conference on July 30, 2021. (Dkt. 584, Order) (the "June 7, 2021 Order").

6.     Accordingly, Defendants believe that all deadlines in this action, including Defendants' deadline to respond to Plaintiff's Complaint, are stayed by operation of the May 8, 2018 Order and/or June 7, 2021 Order.

7.     Therefore, Defendants respectfully request that this Court enter an Order confirming that this action is stayed.

8.     If this action is not stayed by operation of either the May 8, 2018 Order and/or the June 7, 2021 Order, Defendants respectfully request that this Court enter an Order staying their deadline to respond to Plaintiff's Complaint and ordering the parties to set a deadline for Defendants to respond to Plaintiff's Complaint during the telephonic status conference set for July 30, 2021.

WHEREFORE, Defendants respectfully request that this Court enter an Order confirming that this action is stayed. In the alternative, Defendants respectfully request that this Court enter an Order staying their deadline to respond to Plaintiff's Complaint and ordering the parties to set a deadline for Defendants to respond to Plaintiff's Complaint during the telephonic status conference set for July 30, 2021.

                                                Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: June 21, 2021

/s/ *John P. Mandler*
John P. Mandler – 194438MN
Anthony W. Finnell, Jr. (admitted *pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 44502
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
john.mandler@faegredrinker.com
anthony.finnell@faegredrinker.com

Ross W. Johnson (admitted *pro hac vice*)
Carolyn A. Gunkel (admitted *pro hac vice*)
Martin J. Demoret (admitted *pro hac vice*)
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
ross.johnson@faegredrinker.com
carolyn.gunkel@faegredrinker.com
martin.demoret@faegredrinker.com

Tarifa B. Laddon (admitted *pro hac vice*)
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2094
tarifa.laddon@faegredrinker.com

**HEPLERBROOM LLC**
Troy A. Bozarth – 5209515
Thomas J. Magee – 32871MO
Charles N. Insler – 58623MO
One Metropolitan Square
211 North Broadway, Suite 2700
St. Louis, MO 63102
Telephone: (314) 241-6160
Facsimile: (314) 241-6116

***Attorneys for BASF Corporation***


**THOMPSON COBURN LLP**
Christopher M. Hohn
Jeffrey A. Masson, #60244MO
Daniel C. Cox, #38902MO
Christopher M. Hohn, #44124MO
Jan Paul Miller, #58112MO
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
chohn@thompsoncoburn.com
jmasson@thompsoncoburn.com
dcox@thompsoncoburn.com
jmiller@thompsoncoburn.com

A. Elizabeth Blackwell, # 50270MO
Bryan Cave Leighton Paisner
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
liz.Blackwell@bryancave.com

***Attorneys for Defendant Bayer Corporation, Bayer U.S., LLC and Bayer Cropscience (Arkansas), Inc.***

4

## **CERTIFICATE OF SERVICE**

     I certify that on June 21, 2021, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

                                                       */s/ John P. Mandler*

US.133475194.02