# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| COY'S HONEY FARM, INC. ) | |
| ) | MDL No.: 1:18-md-02820-SNLJ |
| PLAINTIFF ) | |
| ) | |
| VS. ) | Indiv. Case No. 1:21-cv-00089-SNLJ |
| ) | |
| ) | |
| BAYER CORPORATION; ) | |
| BAYER U.S., LLC; ) | |
| BAYER CROPSCIENCE ) | |
| ARKANSAS, INC.; ) | |
| BASF CORPORATION; ) | |
| and BASF SE ) | |
| ) | |
| DEFENDANTS ) | |

## STATUS REPORT ON SETTLEMENT

Comes the Plaintiff, Coy's Honey Farm, Inc., pursuant to the Docket Order of the Court dated December 17, 2021 (Doc.# 609), and states that the status of the case is that a Motion to Dismiss filed by the Defendants is pending. No settlement discussions have been conducted between the parties.

    Respectfully submitted,

    Richard H. Mays
    Ark. Bar No. 61043
    Attorney for Plaintiff
    RICHARD MAYS LAW FIRM PLLC
    2226 Cottondale Lane – Suite 210
    Little Rock, AR 72202
    Telephone: 501-891-6116

                        E-mail: rmays@richmayslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on the date set forth below, he served a copy of the above and foregoing Brief upon counsel of record for the parties through the Court's ECF system. The undersigned is not aware of any other attorney or party who requires service through other means.

Dated:  December 21, 2021.                               /s/ Richard H. Mays
                                                                                                 Richard H. Mays