# UNITED STATS DISTRICT COURT
# EASTER DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) ) | Master Case No. 1:18-md-2820 SNLJ |
| *This Document Relates to:* *Bruce Farms Partnership, et al.* *v. Monsanto, et al.,* Case No. 1:18-cv-0026-SNLJ | ) ) ) ) ) | MDL Docket No. 2820 |

## MOTION TO DISMISS WITHOUT PREJUDICE TO ALL DEFENDANTS

COME NOW Plaintiffs, Plaintiff, Plaintiff, Phillip Jackson, individually *and collectively* brought against Defendant Monsanto Company, et al without prejudice, each party to bear its own costs.

Date: December 27, 2021

Respectfully submitted,

_____Paul Byrd_____

Paul Byrd, Ark. Bar No. 85020
(pro hac admitted)
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Suite 210
Little Rock, Arkansas 72205
Tel: 501-420-3050
Fax: 501-420-3128
Paul@Paulbyrdlawfirm.com
Counsel for Plaintiffs

SO ORDERED this 10th day of January, 2022

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undesigned certifies that on December 27, 2021, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_____Paul Byrd_____