**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| BADER FARMS, INC., | ) | |
| | ) | MDL No. 1:18-md-02820-SNLJ |
| Plaintiff, | ) | |
| | ) | Indiv. Case No. 1:16-cv-00299-SNLJ |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY and BASF Corporation, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ON REMAND**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit. The defendants appealed this Court's entry of judgment following a three-week jury trial. The Court of Appeals reversed in part, vacated the award of punitive damages, and remanded "with instructions to hold a new trial on the single issue of punitive damages. In all other respects, the judgment [was] affirmed." [Doc. 665-1, Opinion at 28.]

Defendant Monsanto and Plaintiff have settled Plaintiff's claims, including its compensatory and punitive damages claims against Monsanto and any claims related to the interest owed on the compensatory damages.

Defendants have paid to Plaintiff all compensatory damages due to Plaintiff based on the jury's verdict, including all post-judgment interest on the compensatory damage award.

With respect to Plaintiff's punitive damage claim against BASF Corporation, this Court ruled at the conclusion of the original trial that Plaintiff did not make a submissible

case for punitive damages against BASF individually. Because no party appealed that ruling, the law-of-the-case doctrine bars any relitigation of that claim in these remanded proceedings, and the Court has rejected Plaintiff's attempts to reassert the claim on remand.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

1. All remaining claims against defendant Monsanto Company are dismissed with prejudice.

2. All remaining claims against BASF Corporation are dismissed with prejudice, including Plaintiff's claim for punitive damages against BASF remanded to this Court by the Eight Circuit.

Dated this 12 day of January, 2023.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE